IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| EVORA PEASE and FRED PEASE, | )( )( )( |
| Plaintiffs, | )( )( |
| v. | )(   NO. EP-06-CA-0304-FM )( |
| UNITED STATES OF AMERICA, | )( )( |
| Defendant. | )( |

## ORDER CLOSING CASE

The Court having received "Plaintiff's Notice of Dismissal" [Rec. No.   ], it is hereby **ORDERED**, in compliance with FED. R. CIV. P. 41(a)(1), that this matter be **DISMISSED** and **STRICKEN** from the docket. All pending motions are hereby **DISMISSED** as **MOOT**.

**SIGNED** this ___ day of _____, 2006.

FRANK MONTALVO
UNITED STATES DISTRICT JUDGE